

30 South Pearl Street, Suite 901
Albany, NY 12207-3492

p: 518-396-3100  f: 518-396-3101
hinckleyallen.com

**Christopher V. Fenlon**
cfenlon@hinckleyallen.com

August 11, 2021

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Application (Doc 96) is deemed withdrawn.
SO ORDERED
[signature]
USDJ
8-11-21*

Re: *Zornoza v. TerraForm Global, Inc., et al.*,
Case No. 18-cv-11617 (PKC) [rel. 16-md-2742 (PKC)]

Your Honor:

We represent Plaintiff Carlos Domenech Zornoza in the above-referenced matter. We write to withdraw Plaintiff's request that the Court execute a Letter of Request to the Portuguese Central Authority, pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters for permission for Plaintiff to obtain deposition testimony from Mr. Francisco J. Perez Gundin ("Mr. Perez"). Dkt. No. 96.

Today, August 11, 2021, Plaintiff received written confirmation that Mr. Perez has authorized his counsel to accept service of the subpoena Plaintiff issued to him, and that Mr. Perez's counsel informed Defendants that he was so authorized on August 6, 2021.

Thank you for your attention to this matter.

Very truly yours,

HINCKLEY, ALLEN & SNYDER LLP

*Christopher V. Fenlon*

Christopher V. Fenlon

cc: All Counsel of Record

▶ ALBANY ▶ BOSTON ▶ CHICAGO ▶ HARTFORD ▶ MANCHESTER ▶ NEW YORK ▶ PROVIDENCE