UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARLOS DOMENECH ZORNOZA,

                   Plaintiff,

                                                              18-cv-11617 (PKC)

        -against-

                                                              ORDER

TERRAFORM GLOBAL, INC., et al.,

                 Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference on October 6, 2021 at 2:00 p.m. will proceed **remotely.**

Dial-In No.: 1-888-363-4749, Access Code: 3667981.

       SO ORDERED.

                                                            P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
          October 1, 2021