### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

_____

CARLOS DOMENECH ZORNOZA

                Plaintiff,

                                          Civil No.: 1:18-cv-11617-PKC

    v.

TERRAFORM GLOBAL, INC., et al.

                Defendants.

_____

## STIPULATION REGARDING CONTENTS OF RECORD ON REMAND

Pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Conditional Remand Order (Dkt. 19, Case MD/8:18-cv-02523), Plaintiff Carlos Domenech Zornoza ("Plaintiff"), Defendant TerraForm Global Holdco, LLC ("GLBL," formerly TerraForm Global, Inc.) and Defendant TerraForm Power Parent, LLC ("TERP," formerly TerraForm Power, Inc.) (collectively, "Defendants," and together with Plaintiff, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, on August 16, 2018, Plaintiff filed a Complaint in the above-captioned action in the District of Maryland;

WHEREAS, on September 4, 2018, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued a Conditional Transfer Order (CTO-6) conditionally transferring this action to this Court (MDL No. 2742, Dkt. No. 208), and on December 6, 2018, the Panel issued a

Certified Transfer Order transferring this action to this Court (Dkt. No. 15; MDL No. 2742, Dkt. No. 224);

WHEREAS, on May 2, 2023, this Court issued a Suggestion of Remand (Dkt. No. 190; MDL No. 2742, Dkt. No. 761);

WHEREAS, on May 26, 2023, the Panel issued a Conditional Remand Order ordering, *inter alia*, that "pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded," a copy of which is attached hereto as Exhibit A;

WHEREAS, having heard no opposition to the Conditional Remand Order, on June 5, 2023, the Panel finalized the Conditional Remand Order transferring this action to the District of Maryland, a copy of which is attached hereto as Exhibit B.

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel on behalf of the Parties, as follows:

(i)     Pursuant to JPML Rule 10.4(a), the parties hereby stipulate and agree that the contents of the record to be remanded shall include all entries in the Southern District of New York's individual case docket for this matter, 18-cv-11617-PKC.

(ii)    The parties reserve the right to designate additional material from the MDL docket for inclusion in the remand record as appropriate.

Dated:          June 6, 2023

*/s/ James L. Tuxbury*
HINCKLEY, ALLEN & SNYDER LLP
Michael Connolly, Esq.
James L. Tuxbury, Esq.
28 State St., 30th Floor
Boston, MA 02109
(617) 345-9000
mconnolly@hinckleyallen.com
jtuxbury@hinckleyallen.com

Christopher V. Fenlon, Esq.
Janelle Pelli, Esq.
HINCKLEY, ALLEN & SNYDER LLP
30 South Pearl Street, Suite 901
Albany, New York 12207
(518) 396-3100
cfenlon@hinckleyallen.com
jpelli@hinckleyallen.com

*Attorneys for Plaintiff Carlos Domenech Zornoza*


*/s/ Timothy J. Perla*
Timothy J. Perla
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6696
timothy.perla@wilmerhale.com

Michael G. Bongiorno
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-937-7220
michael.bongiomo@wilmerhale.com

*Attorneys for Defendants TerraForm Holdco, LLC (formerly TerraForm Global, Inc.) and
TerraForm Power Parent, LLC (formerly TerraForm Power, Inc.)*

# EXHIBIT A

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: SUNEDISON, INC., SECURITIES
LITIGATION**                                                    MDL No. 2742

(SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: SUNEDISON, INC., SECURITIES
LITIGATION**

MDL No. 2742

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| NYS | 1 | 18–11617 | MD | 8 | 18–02523 | Zornoza v. Terraform Global, Inc. et al |

# EXHIBIT B

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: SUNEDISON, INC., SECURITIES LITIGATION**

MDL No. 2742

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 05, 2023**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: SUNEDISON, INC., SECURITIES**
**LITIGATION**                                          MDL No. 2742

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| NYS | 1 | 18–11617 | MD | 8 | 18–02523 | Zornoza v. Terraform Global, Inc. et al |